United States District Court
Southern District of Texas
**ENTERED**
October 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANTONIO MAURICE LACY, (TDCJ #00594575) | § § § | CIVIL ACTION NO 4:24-cv-00896 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ASSISTANT WARDEN | § | |
| DANA SULLIVAN, *et al*, | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same day.

The case will be reinstated if Plaintiff pays the $405 filing fee within thirty days of the entry of this Order.

SO ORDERED.

Signed on  October 09, 2024  , at Houston, Texas.

Hon. Charles Eskridge
United States District Judge